UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  JOSEPH MASTROCINQUE          §          Case No. 09-75177
        TRACY A. MASTROCINQUE        §
                                      §
            Debtors                   §
                                      §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 11/20/2009.

2)  The plan was confirmed on 01/22/2010.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 10/06/2010.

5)  The case was dismissed on 11/15/2010.

6)  Number of months from filing or conversion to last payment: 8.

7)  Number of months case was pending: 13.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $7,082.00.

10)  Amount of unsecured claims discharged without full payment: $0.00.

11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 3,555.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 3,555.00 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,993.77 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 251.89 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,245.66 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,993.77 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 16,000.00 | 16,000.00 | 16,000.00 | 828.17 | 481.17 |
| CAPITAL ONE AUTO FINANCE | Uns | 4,147.00 | 5,848.15 | 5,848.15 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 4,000.00 | 2,041.55 | 2,041.55 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 305.25 | 305.25 | 0.00 | 0.00 |
| KACEE DUNN | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Uns | 846.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOC CRYSTAL VAL | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 323.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED IMAGING SPECIALIST | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| BED BATH & BEYOND | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| OPHRYS LLC | Uns | 1,000.00 | 846.58 | 846.58 | 0.00 | 0.00 |
| CASHCALL INC | Uns | 5,500.00 | 6,285.83 | 6,285.83 | 0.00 | 0.00 |
| CASHCALL INC | Uns | 2,582.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEMS | Uns | 890.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHECK N GO | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CRYSTAL LAKE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CRYSTAL LAKE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS - | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Uns | 3,336.00 | 3,616.89 | 3,616.89 | 0.00 | 0.00 |
| CROSS CHECK | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 403.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DUNDEE DERMATOLOGY | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| METABANK - FINGERHUT | Uns | 600.00 | 433.01 | 433.01 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 600.00 | 412.60 | 412.60 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 600.00 | 465.24 | 465.24 | 0.00 | 0.00 |
| GRACE MEDICAL CENTER | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN ER SPECIALIST | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Uns | 1,400.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORPORATION | Uns | 4,500.00 | NA | NA | 0.00 | 0.00 |
| HUNTLEY RADIOLOGY | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,000.00 | 855.81 | 855.81 | 0.00 | 0.00 |
| JAMES BURKS MD | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,000.00 | 579.42 | 579.42 | 0.00 | 0.00 |
| JEWEL OSCO / US BANK NA ND | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| JOSPEH ANTILAK DDS | Uns | 1,350.00 | 827.40 | 827.40 | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MEA SJ CARE | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| MEIJER INC | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Uns | 1,000.00 | 846.39 | 846.39 | 0.00 | 0.00 |
| MHS PHYSICIANS SERVICES | Uns | 420.00 | NA | NA | 0.00 | 0.00 |
| MONEY & MORE INC | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 205.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NCO - MEDCLR | Uns | 201.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,400.00 | 1,164.42 | 1,164.42 | 0.00 | 0.00 |
| PAY DAY LOANS INC | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| PETCO | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Uns | 3,400.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| QUICK CLICK LOANS | Uns | 2,800.00 | NA | NA | 0.00 | 0.00 |
| QUICKCLICK LOANS LLC | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| QUICKEST-CASH-ADVANCE | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,100.00 | 937.18 | 937.18 | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 400.00 | 325.84 | 325.84 | 0.00 | 0.00 |
| SHAFFER & ASSOCIATES | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS LLC | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| SPRING GREEN LAWN CARE | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH CARE | Uns | 410.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| V I R | Uns | 150.00 | 136.00 | 136.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 1,000.00 | 707.92 | 707.92 | 0.00 | 0.00 |
| WOODFOREST BANK | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| MARTIN SUSALA | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ERROR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 937.22 | 937.22 | 0.00 | 0.00 |
| METABANK - FINGERHUT | Uns | 0.00 | 177.65 | 177.65 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 16,000.00 | $ 828.17 | $ 481.17 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 16,000.00 | $ 828.17 | $ 481.17 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,041.55 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,041.55 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 25,708.80 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,245.66 |
| Disbursements to Creditors | $ 1,309.34 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 3,555.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/19/2011                    By:  /s/ Lydia S. Meyer
                                           Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)